1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA,<br><br>            Plaintiff,<br><br>   v.<br><br>CKP ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>            Defendants. | Case No. 1:21-cv-00313-AWI-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(Doc. 6) |
|---|---|

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant CKP Enterprises, Inc. shall have an extension of time of 30 days in which to respond to Plaintiff's Complaint to May 6, 2021.

**The Court does not anticipate again extending the deadline for the responsive pleading.**

IT IS SO ORDERED.

Dated:   **March 30, 2021**          _/s/ Jennifer L. Thurston
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

1