UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>           Plaintiff,<br><br>     v.<br><br>CKP ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>           Defendants. | Case No. 1:21-cv-00313-AWI-JLT<br><br>[~~PROPOSED~~] **ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES**<br><br>(Doc. 8) |

Based upon the stipulation of the parties, the need to preserve judicial resources and good cause appearing, the Court ORDERS:

1. All dates, deadlines, and further activity in this case are stayed pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-154, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No 21-55227 (collectively, "Appeals").

2. The Parties shall submit a joint status report within 14 days after the opinion in the last of the three cases cited herein is issued, which informs the Court how the parties intend to proceed with this case in light of the rulings in the Appeals.

IT IS SO ORDERED.

Dated:   **April 7, 2021**          **/s/ Jennifer L. Thurston**
                                    CHIEF UNITED STATES MAGISTRATE JUDGE